UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK M. WASHKO, <br><br>        Plaintiff, <br><br>  v. <br><br> SMARTDATA S.A., <br><br>        Defendant. | CASE NO. C13-5479RJB <br><br> ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

This matter comes before the court on plaintiff's Motion to File Under Seal Plaintiff's Motion for Default Judgment (Dkt. 11).  Having considered that motion and the accompanying declaration, it appears that the showing is insufficient to justify sealing any part of this file in this public court.  Therefore, it is now

ORDERED that the Motion to File Under Seal Plaintiff's Motion for Default Judgment is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 27th day of August, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO
FILE UNDER SEAL PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT- 1